# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

LISA ANN DOBRECEVICH-VOELKEL,

        Plaintiff,

    v.                                      Case No. 09-C-367

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

## ORDER GRANTING PETITION TO PROCEED
## WITHOUT PREPAYMENT OF FEES AND/OR COSTS

Plaintiff has filed an action seeking review of a decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), Wis. Stats. She has also filed a petition and supporting affidavit seeking to proceed *in forma pauperis* without pre-payment of fees and/or costs. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). However, the federal *in forma pauperis* statute, 28 U.S.C. § 1915, ensures indigent litigants meaningful access to the federal courts. *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). Section 1915 authorizes an indigent party to commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has submitted such an affidavit and the information contained in the affidavit clearly indicates that she is unable to pay the filing fee and other costs associated with the action.

Accordingly, **IT IS HEREBY ORDERED** that the petition to proceed without prepayment of fees or costs is **GRANTED.**

**IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security.  Plaintiff must provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated this ___21st___ day of April, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge